98 P.3d 292

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Lybrand | 25389 | 09/02/2004 | Affirmed |
| Chung v. GTE Hawaiian Telephone Co., Inc. | 25220 | 09/09/2004 | Vacated & remanded |
| Zubaty v. Noyce | 25849 | 09/15/2004 | Affirmed |
| Doe, In re | 25592 | 09/27/2004 | Affirmed |